**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF:                                  :        Chapter 11
                                                   :
PHILADELPHIA ENTERTAINMENT AND                     :
DEVELOPMENT PARTNERS, L.P.                         :        Case No. 14-12482 (MDC)
                            Debtor.                :

**STATEMENT THAT UNSECURED CREDITORS
COMMITTEE HAS NOT BEEN APPOINTED**

TO:    THE CLERK OF THE BANKRUPTCY COURT

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

(  ) Debtors petition/schedules reflect less than three unsecured creditors, (excluding insiders and governmental agencies).

( X ) Insufficient response to the United States Trustee communication/contact for service on the committee.

(  ) No unsecured creditor interest to serve.

(  ) Non-operating debtor-in-possession — No creditor interest.

(  ) Application to convert to Chapter 7 or to dismiss pending.

(  ) Converted or dismissed.

                                        ROBERTA A. DeANGELIS
                                        United States Trustee
                                        Region 3


                                        */s/ Kevin P. Callahan for*_____
                                        FREDERIC J. BAKER
                                        Assistant United States Trustee

DATED:  April 10, 2014
Attorney Assigned to Case: Kevin P. Callahan, Esquire
cc:  Attorney for Debtor:  Stuart M. Brown, Esquire

Created 01/23/12